# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MELANIE KOTLARSZ, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTEGRITY VEHICLE SERVICES, INC., <br><br> Defendant. | Case No. 2:24-cv-00569-FWS (JDE) <br><br> ORDER DENYING STIPULATION |

As it is not supported by any showing that the requested information has any connection with or relevance to the action or is authorized under the authority cited therein, the Stipulation (Dkt. 57) is DENIED.

Dated: November 22, 2024

JOHN D. EARLY
United States Magistrate Judge